**UNITED STATES OF AMERICA**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

    - v -                                                 5:01-CR-74

**WAYNE HARDING**

    Defendant

---

FREDERICK J. SCULLIN, JR.,SUSDJ

**ORDER**
**CORRECTION OF SENTENCE BY SENTENCING JUDGE**

The Court finds it made an error in the sentence imposed for the resentencing on the revocation of supervised release in this case. Pursuant to Rule 35(c) of the Federal Rules of Criminal Procedure, the Court corrects the sentence as follows:

Upon the defendant's release from imprisonment, he is hereby placed on supervised release for a term of **18 months.**

All other terms of the judgment remain the same.

**IT IS SO ORDERED**.

DATED:    December 22, 2008
               Syracuse, New York

_Frederick J. Scullin, Jr._
Senior United States District Court Judge